**Opinion issued October 18, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00541-CV

———————————

**XTREME COIL DRILLING MEXICO S.A. DE C.V., Appellant**

**V.**

**WEATHERFORD DE MEXICO S.A. DE C.V. AND WEATHERFORD INTERNATIONAL, LTD., Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-40589**

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.